UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELUID ESCOBEDO, JR.,

   Petitioner,

v.                                                              Case No: 8:14-cv-2061-T-30TBM

UNITED STATES OF AMERICA,

   Respondent.

## ORDER

THIS CAUSE comes before the Court upon the Petition for Writ of Habeas Corpus (Dkt. #1) filed by Petitioner. A review of the file indicates the Petition is a duplicate of the Petitions previously denied at Dkts. #132 and #134 in the underlying criminal case number 8:08-cr-252-T-30TBM. Accordingly, it is therefore

ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus (Dkt. #1) is STRICKEN.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-2061 strike.docx